In the Matter of ZIZA NEZAJ, Respondent, v BAJRAM BRAHIMI, Appellant. [930 NYS2d 878]—

Contrary to the appellant's contention, a fair preponderance

of the evidence presented at the fact-finding hearing supported the Family Court's determination that he had committed certain family offenses, warranting the issuance of an order of protection (*see* Family Ct Act § 812 [1]; § 821 [1] [a]; § 832; *Matter of Williams v Maise*, 85 AD3d 933 [2011]; *Matter of Amber JJ. v Michael KK.*, 82 AD3d 1558 [2011]). Moreover, the dismissal of criminal charges against the appellant that were based on certain conduct alleged in the family offense petition did not have a res judicata effect with respect to this family offense proceeding, where proof beyond a reasonable doubt is not required (*see Matter of Schneider v Arata*, 81 AD3d 652, 653 [2011]).

The appellant's remaining contentions are without merit. Prudenti, P.J., Rivera, Austin and Roman, JJ., concur.